**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 16-01611 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.81.104.254, | **ORDER GRANTING SEALING MOTION** |
| Defendant. | |

Plaintiff seeks leave to file its amended complaint, proposed summons, and return of service under seal. The motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE