AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

Malibu Media, LLC

Plaintiff(s),

V.

John Doe

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __3:16-cv-01613-WHA__

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
(Party (s) Name)

__Henrik Mosesi__, State Bar No. __189672__ as counsel of record in
(Name of New Attorney)

place of __Brenna E. Erlbaum__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Law Offices of Henrik Mosesi
- Address: 433 N. Camden Dr., 6th Floor, Beverly Hills, CA 90210
- Telephone: (310) 734-4269   Facsimile (310) 734-4053
- E-Mail (Optional): _____

I consent to the above substitution.

Date: 11/29/2016

(Signature of Party (s))

I consent to being substituted.

Date: 11/29/2016

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/29/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 27, 2016.

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]